UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE,** dba the **ARCHDIOCESE OF PORTLAND IN OREGON,**<br><br>                              Debtor. | Case No. 04-37154-elp11<br><br>Chapter 11 |
| **ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE,** dba the **ARCHDIOCESE OF PORTLAND IN OREGON,**<br><br>                              Plaintiff,<br><br>                    v.<br><br>**OREGON INSURANCE GUARANTY ASSOCIATION,** an unincorporated association,<br><br>                              Defendant. | CV No. 05-1697-HA<br><br>Bankruptcy Court Adversary Proceeding Case No. 04-3375-elp<br><br>**ORDER DISMISSING INTERLOCUTORY APPEAL** |

**Page 1 of 2** -   Order Dismissing Interlocutory Appeal

This matter having come before the court on the motion of the Roman Catholic Archdiocese of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon (the "Archdiocese") to dismiss this interlocutory appeal and the Stipulated Dismissal of Interlocutory Appeal executed by the Archdiocese and Oregon Insurance Guaranty Association, and finding good cause therefore, it is now hereby

ORDERED that this interlocutory appeal be and is hereby dismissed.

_____
The Honorable Ancer L. Haggerty
United States District Court Judge

Presented by:

/s/ John Casey Mills
John Casey Mills, OSB No. 84417
Miller Nash LLP

    Of Attorneys for Debtor
    and Plaintiff-Appellant

cc:    Michael J. Farrell

Page 2 of 2 -   Order Dismissing Interlocutory Appeal

PDXDOCS:1542363.1
03/29/07 2:01 PM